(No. 1051—)

ROY W. HARRELL, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed April 25, 1929.*

H. E. MORGAN, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLETON, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

The plaintiff, Roy W. Harrell, filed his declaration.

The Attorney General filed a demurrer.

Demurrer is sustained as a matter of law.